[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1207.]

BURGOS, APPELLANT, *v*. AREWAY, INC., APPELLEE.

[Cite as *Burgos v. Areway, Inc.*, 1997-Ohio-172.]

*Appeal dismissed as improvidently allowed.*

(No. 96-1447—Submitted May 21, 1997—Decided July 9, 1997.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 69447.

―――――――――――

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, Joel Levin, John P. Schloss* and *Sandra J. Rosenthal*, for appellant.

*Papandreas, Fahrer & Corso, John G. Papandreas* and *Aimee E. Gilman; Benesch, Friedlander, Coplan & Aronoff P.L.L., David W. Mellott* and *Mark A. Phillips*, for appellee.

―――――――――――

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

―――――――――――

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would reverse the decision of the court of appeals.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

―――――――――――